IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YEN T. MAI,

PETITIONER,

*v.*

PAMELA BONDI, UNITED STATES ATTORNEY GENERAL, ET AL.,

DEFENDANTS.

Civil Action No.
1:25-cv-03527-TWT

**ORDER**

This matter is before the Court on Defendants' Unopposed Motion to Remand To United States Citizenship and Immigration Services [Doc. 7]. Defendants seek an order under 8 U.S.C. § 1447(b), "with appropriate instructions," remanding jurisdiction back to the United States Citizenship and Immigration Services ("USCIS") to adjudicate Petitioner's Form N-400, Application for Naturalization, by no later than 60 days after the date of this Order. Petitioner consents to the requested relief so long as she retains the ability to motion to reopen the case in the event that USCIS fails to adjudicate her case within the 60 day timeframe.

Having reviewed the Motion and applicable law, the Court determines that there is good cause to grant the Motion. Accordingly, the Defendants' Unopposed Motion to Remand to USCIS [Doc. 7] is **GRANTED** and it is hereby **ORDERED** that, pursuant to 8 U.S.C. §1447(b), the Court remands jurisdiction to USCIS to adjudicate Petitioner's Application for Naturalization no later than 60 days after the date of this Order.

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report no later than 70 days after the date of this Order informing the Court of the status of Petitioner's Application and whether there is any further basis for the Court to assert jurisdiction over this matter.

In light of the remand, this matter is **STAYED** until further order of the Court. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents.

**SO ORDERED** this 18th day of December, 2025.

**THOMAS W. THRASH, JR.**
UNITED STATES DISTRICT JUDGE